**United States District Court**
**District of Rhode Island**

| | | |
|---|---|---|
| Michael J. Wheelock, Sr., Pro-Se<br><br>vs.<br><br>State of Rhode Island, Rhode Island Department of Corrections (RIDOC); A.T.Wall, Director of the RIDOC; Walter Whitman, Warden of the Medium 1 Security Facility; Joseph Morocco, Medical Services Administrator; Fredrick Friedman, Director of Health and Rehabilitative Services for the State of RIDOC; Defendants, et.al. | : | C.A.No.2000-144T |

**MOTION FOR RECONSIDERATION**

Now comes the plaintiff, Michael J. Wheelock, Sr., Pro-Se, requesting this Honorable Court to Reconsider the above entitled cause for the following reasons:

1. Plaintiff's argument consisted of, in 1999, he was sanctioned for not being psychologically able to produce witnessed urine specimens for drug testing purposes, do to anxiety, "Shy Bladder." This Court never ruled upon this matter.

2. Plaintiff was acting Pro-Se, Indigent, and unable to secure Medical Documentation of his innate inability to provide witnessed urine samples for drug screenings do to, "Bashful Bladder Syndrome."

3. Plaintiff has been diagnosed with a Social Phobia; DSM IV 300.23. The inability to uninate in front of another person(referred to as Bashful Bladder Syndrome.) See attached clinical diagnosis.

4. Plaintiff is and always was suffering from Mental Health Issues which inhibit his ability to represent himself. See attached psychological evaluation.

5. Plaintiff has been denied the Appointment of Counsel by this Court on

several occasions.

6. Plaintiff, acting Pro-Se, was denied the ability to Amend his Complaint a second time, nor was he allowed to file a Supplemental Memo for this action to be heard under, "The American With Disabilities Act Of 1990."

7. On 12-15-99, plaintiff was not strip-searched and allowed 4-hours to provide a specimen alone, as this Court stated in the Order of Summary Judgement, section, Undisputed Facts.

8. Plaintiff's whole original argument had been based upon, he should have been provided an accommodation for his disability, such as being strip-searched and allowed to be placed in a room alone to provide a urine specimen no matter how long it took.

9. Plaintiff was unable to file any appeals to this Court or to the Court of Appeals for the First Circut, several years ago, for his own safety and well-being, do to the continuous retaliation in the for of trumped-up disciplinary charges and the sanctions that followed.

When plaintiff was no longer able to follow through with said appeals. The retaliation stopped. If looked at, my disciplinary record will support this statement.

10. Plaintiff continues to suffer irreparable harm and damages, for exactly the reason why this original cause of action had been filed several years ago.

11. Plaintiff has requested that the State of Rhode Island Department of Corrections, et.al., provide him with an accommodation to the witnessed urine collection procedure in general, and so he can attend the 6-month Spectrum Substance Abuse Rehabilitative program, which requires you to provide frequent witnessed urine samples for drug testing purposes. See attached Request for an Accommodation.

The defendants have failed to respond to the plaintiffs requests.

Wherefore, the ends of Justice would best be served, if this Court was to Reconsider hearing the plaintiffs cause, for the reasons stated within. The plaintiff prays for this Honorable Court to grant his Motion For Reconsideration.

Respectfully Submitted,

Michael J. Wheelock,Sr., Pro-Se
Inmate #4124 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920

A copy of this order and a copy of the complaint shall be served upon the Defendant(s) forthwith.

Issued at______am./pm. This______day of___________,2005,AD.

Enter: By Order:

____________________ ____________________

Justice Clerk

Certification

[ 28 U.S.C. 1746 ]

I, Michael J. Wheelock, Sr., Pro-Se, hereby certify that on the 30th day of October, 2005, a true and accurate copies were sent via United States Postal Service to the Attorney Generals Office, 150 South Main Street, Providence, RI. 02903, and via State of Rhode Island Department of Corrections Interdepartmental Mail to A.T.Wall, Walter Whitman, Joseph Morocco, and Fredrick Friedman.

Michael J. Wheelock, Sr., Pro-Se

Michael J. Wheelock, Sr., Pro-Se
Inmate #74124 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920