**United States District Court**
**District of Rhode Island**

| | | |
|---|---|---|
| Michael J. Wheelock, Sr., Pro-Se<br><br>vs.<br><br>State of Rhode Island, Rhode Island Department of Corrections (RIDOC); A.T.Wall, Director of the RIDOC; Walter Whitman, Warden of the Medium 1 Security Facility; Joseph Morocco, Medical Services Administrator; Fredrick Friedman, Director of Health and Rehabilitative Services for the State of RIDOC; Defendants, et.al. | : | C.A.No.2000-144T |

**MOTION TO ASSIGN**

Now comes the plaintiff, Michael J. Wheelock, Sr., Pro-Se, requests the Court's Scheduling Department, to schedule the attached motion for a hearing on, ____________, ________, ______.

The above person is acting Pro-Se in this matter, and to properly communicate the grounds for these motions, it would best serve the ends of Justice for this plaintiff to be present and orally express himself to the Court.

Respectfully Submitted,

Michael J. Wheelock, Sr., Pro-Se
Inmate #74124 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920

A copy of this order and a copy of the complaint shall be served upon the defendant(s) forthwith.

Issued at_______am./pm. This_______day of___________,2005,A.D.

Enter: By Order:

____________________________ ____________________________
Justice Clerk

Certification

[ 28 U.S.C. 1746 ]

I, Michael J. Wheelock,Sr., Pro-Se, hereby certify that on the 30th day of October, 2005, a true and accurate copies were sent via United States Postal Service to the Attorney Generals Office, 150 South Main Street, Providence, RI. 02903, and via State of Rhode Island Department of Corrections Interdepartmental Mail to A.T.Wall, Walter Whitman, Joseph Morocco, and Fredrick Friedman.

Michael J. Wheelock, Sr., Pro-Se

Michael J. Wheelock,Sr., Pro-Se
Inmate #74424 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920