**United States District Court**
**District of Rhode Island**

| | | |
|---|---|---|
| Michael J. Wheelock, Sr., Pro-Se<br><br>vs.<br><br>State of Rhode Island, Rhode Island Department of Corrections (RIDOC); A.T.Wall, Director of the RIDOC; Walter Whitman, Warden of the Medium 1 Security Facility; Joseph Morocco, Medical Services Administrator; Fredrick Friedman, Director of Health and Rehabilitative Services for the State of RIDOC; Defendants, et.al. | : | C.A.No.2000-(144T |

**MOTION FOR THE APPOINTMENT OF COUNSEL**

Now comes the plaintiff, Michael J. Wheelock,Sr., Pro-Se, in the above entitled cause, requesting the Court to Appoint Counsel. The reasons for this motion are as follows:

1. The plaintiff is unable to represent himself in the above entitled matter now and before this Court, do to his Mental Health Issues. See attached psychological evaluation.

2. The plaintiff is Indigent and unable to afford Counsel.

3. Plaintiff has and is suffering irreparable harm and damages over the past several years, because of the Mental Disorders he suffers from, and his inability to act as counsel on his own behalf.

4. Plaintiff has been denied counsel on several occasions in the past, and was unable to perform the duties of a counselor.

5. Plaintiff has a witness to the fact that the defendants shredded all his paperwork pertaining to this case, and he was the one who actually had to throw the garbage bags into the dumpster.

6. The ends of Justice would best be served by the Appointment of counsel.

Wherefore, the plaintiff prays that this Honorable Court to grant the Appointment of Counsel, and that said counsel be available to him at any and all future proceeding which may occure in the

instant matter.

Respectfully Submitted,

Michael J. Wheelock, Sr., Pro-Se
Inmate #74124 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920

A copy of this order and a copy of the complaint shall be served upon the defendant(s) forthwith.

Issued at_______am./pm. This_______day of____________,2005,AD.

Enter: By Order:

_______________________ _______________________
Justice Clerk

# Certification

[ 28 U.S.C. 1746 ]

I, Michael J. Wheelock,Sr., Pro-Se, hereby certify that on the 30th day of October , 2005, a true and accurate copies were sent via United States Postal Service to the Attorney Generals Office, 150 South Main Street, Providence, RI. 02903, and via State of Rhode Island Department of Corrections Interdepartmental Mail to A.T.Wall, Walter Whitman, Joseph Morocco, and Fredrick Friedman.

Michael J. Wheelock,Sr., Pro-Se
Inmate #74124 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920