**United States District Court**
**District of Rhode Island**

| | | |
|---|---|---|
| Michael J. Wheelock, Sr., Pro-Se | : | |
| | : | |
| vs. | : | C.A.No.2000- 144T |
| | : | |
| State of Rhode Island, Rhode Island Department of Corrections (RIDOC); A.T.Wall, Director of the RIDOC; Walter Whitman, Warden of the Medium 1 Security Facility; Joseph Morocco, Medical Services Administrator; Fredrick Friedman, Director of Health and Rehabilitative Services for the State of RIDOC; Defendants, et.al. | : | |

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Now comes the plaintiff, Michael J. Wheelock,Sr., Pro-Se, petitions this Honorable Court to issue a Writ of Habeas Corpus so that the petitioner might testify in his own behalf on these motions for: Reconsideration, Assign, Appointment of Counsel, and a Temporary Restraining Order.

The petitioner states that he is incarcerated at the Adult Correctional Institutions in Cranston,RI., and in the custody and control of, A.T.Wall, Director. The petitioner is entitled to an appearance in Court.

Wherefore, petitioner seeks the issuance of a Writ forthwith so that his cause will not be further delayed.

Respectfully Submitted

Michael J. Wheelock,Sr., Pro-Se
Inmate #74124 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920

A copy of this order and a copy of the complaint shall be served upon the defendant(s) forthwith.

Issued at ______am./pm. This______day of____________,2005,AD.

Enter: __________________ Justice

By Order: __________________ Clerk

## Certification

[ 28 U.S.C. 1746 ]

I, Michael J. Wheelock,Sr., Pro-Se, hereby certify that on the 30th day of October, 2005, a true and accurate copies were sent via United States Postal Service to the Attorney Generals Office, 150 South Main Street, Providence, RI. 02903, and via State of Rhode Island Department of Corrections Interdepartmental Mail to A.T.Wall, Walter Whitman, Joseph Morocco, and Fredrick Friedman.

Michael J. Wheelock,Sr., Pro-Se
Inmate #74124 Medium 1 Security
John J. Moran Facility PO.Box8274
Cranston, Rhode Island 02920