**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MICHAEL J. WHEELOCK, SR.

v. C.A. No. 00 - 144 T

STATE OF RHODE ISLAND, et al.

**Report and Recommendation**

Jacob Hagopian, Senior United States Magistrate Judge

On April 3, 2000, Michael J. Wheelock, Sr.("plaintiff"), *pro se*, filed with the Court a Complaint pursuant to 42 U.S.C. § 1983 alleging, *inter alia*, a deprivation of his Fourth Amendment rights. In due course, the parties moved for summary judgment. On April 8, 2002, I recommended that summary judgment be granted in favor of the defendants and against the plaintiff. On September 26, 2002, the District Court accepted my recommendations and judgment entered in favor of the defendants on November 18, 2002. Plaintiff did not appeal.

On November 4, 2005, plaintiff filed with the Court the instant motion for a temporary restraining order pursuant to Fed.R.Civ.P. 65. In the motion, plaintiff seeks this Court to enjoin the defendants from ordering the plaintiff to produce a urine sample for drug testing purposes. However, I recommend that the instant motion be denied. Judgment entered in favor of the defendants and against the plaintiff in this case. This case is closed.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed R. Civ. P. 72(b); Local Rule 32. Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
November 29, 2005