## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR.

v.                                              C.A. No. 00 - 144 T

STATE OF RHODE ISLAND, et al.

## O R D E R

On April 3, 2000, Michael J. Wheelock, Sr.("plaintiff"), *pro se*, filed with the Court a Complaint pursuant to 42 U.S.C. 1983 alleging, inter alia, a deprivation of his Fourth Amendment rights. In due course, the parties moved for summary judgment. I recommended that summary judgment be entered in favor of the defendants, and against the plaintiff. On September 26, 2002, the District Court accepted my recommendations. On November 18, 2002, judgment entered in favor of the defendants. Plaintiff did not appeal.

On November 4, 2005, plaintiff filed with the Court several motions.  I shall address each motion in turn:

1. Plaintiff first filed a Motion for Reconsideration. In the motion, plaintiff seeks this Court to revisit issues already decided in this case. Said motion is **DENIED**. Judgment entered in this case on November 18, 2002  and plaintiff did not take an appeal. This case is closed.

2. Second, plaintiff field a Motion to Assign a Hearing. Said motion is **DENIED**. No hearing is necessary in this case.

3. Third, plaintiff filed a Motion to Appoint Counsel in this case. Said motion is **DENIED**. Judgment entered in favor of the defendants. This case is closed.

4. Finally, plaintiff filed a Petition for a Writ of Habeas Corpus Ad Testificandum. Plaintiff's petition is **DENIED**. Testimony by the plaintiff is not required on any matter currently pending before the Court.

**IT IS SO ORDERED**.

_____
Jacob Hagopian
Senior United States Magistrate Judge
November 29, 2005