UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR.

v.  CA No. 00-144

STATE OF RHODE ISLAND, et al.

## ORDER DENYING MOTION
## FOR TEMPORARY RESTRAINING ORDER

Plaintiff's motion for a temporary restraining order pursuant to Fed.R.Civ.P. 65 is hereby denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: Dec. 19, 2005