UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL J. WHEELOCK, SR.

v. CA No. 00-144

STATE OF RHODE ISLAND, et al.

**ORDER DENYING MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

Plaintiff's motion for a temporary restraining order pursuant to Fed.R.Civ.P. 65 is hereby denied.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Chief Judge

Date: Dec. 19 , 2005